Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-335-575**
**Effective Date of Registration:**
January 10, 2023
**Registration Decision Date:**
February 10, 2023

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 01, 2021 to November 30, 2021

### Title

**Title of Group:** Marko Photos
**Number of Photographs in Group:** 272

### Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** September 01, 2021
**Latest Publication Date in Group:** November 30, 2021
**Nation of First Publication:** Ukraine

### Author

- **Author:** Mark Marko
  **Author Created:** photographs
  **Domiciled in:** Poland

### Copyright Claimant

**Copyright Claimant:** Mark Marko
Babrosty 45B, Pisz, 12-200, Poland

### Rights and Permissions

**Name:** Mark Marko
**Email:** d.shmatkov@4b.ua
**Telephone:** +380979307093
**Address:** Babrosty 45B
Pisz 12-200 Poland

## Certification

**Name:** Mark Marko
**Date:** January 10, 2023

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.





